BRADLEY PAUL ELLEY, ESQ.
Nevada Bar No. 658
120 Country Club Drive, Suite 5
Incline Village, NV 89451
Telephone: (775) 831-8800
Attorney for Plaintiffs
email: bpelleylaw@sbcglobal.net

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGOVALDO GARCIA-PENA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MTC FINANCIAL INC., DBA TRUSTEE CORPS.; DITECH MORTGAGE CORPORATION, and DOES 1-10,<br><br>  Defendants. | Case No: 3:17-cv-00319-RCJ-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>**AND ORDER THEREON** |

The parties herein through their undersigned attorneys of record hereby stipulate as follows:

1. The current deadline of July 13, 2018, for Plaintiff to file and serve his opposition to Defendants' Motion to Dismiss Complaint, filed herein on June 29, 2018 (ECF No. 20), is hereby extended up to and including July 30, 2018.

2. This is the first stipulation for extension of time to file the opposition to such motion.

3. Good cause for the extension exists in that Plaintiffs' and Defendants' undersigned counsel are involved in serious negotiations which may result in resolution of the entire action and

//

1

obviate the need to for such opposition.

Dated: July 13, 2018.

                                  /s/ Bradley Paul Elley, Esq.
                                  BRADLEY PAUL ELLEY
                                  Attorney for Plaintiff

DATED: July 13, 2018.                 WOLFE & WYMAN LLP

                                  /s/ Andrew A. Bao
                                  Andrew A. Bao, Esq.
                                  Attorneys for Defendants
                                  DITECH FINANCIAL, LLC

## ORDER

IT IS SO ORDERED, nunc pro tunc.

DATED this 24 day of July, 2018.

                                  ROBERT C. JONES
                                  UNITED STATES DISTRICT JUDGE