# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGOVALDO GARCIA-PENA, | Case No.: 3:17-CV-00319-RCJ-WGC |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| Vs. | |
| MTC FINANCIAL INC., *et al.,* | |
| Defendants. | |

Before the Court is Ditech Financial LLC's Motion to Dismiss (ECF No. 20). On September 4, 2018 the parties filed a Notice of Settlement (ECF No. 26). The parties have failed to file dismissal papers with the Court. Accordingly,

IT IS HEREBY ORDERED that a Status Conference is set for 10:00 A.M., Tuesday, December 18, 2018, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED.

Dated this 6th day of December, 2018.

_____
ROBERT C. JONES
Senior District Judge