MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com

RICHARD J. REYNOLDS, ESQ.
Nevada Bar No. 11864
E-Mail: rreynolds@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
1851 East First Street, Suite 1550
Santa Ana, California 92705-4067
Tel: (949) 863-3363
Fax: (949) 863-3350

Attorneys for Defendant
MTC FINANCIAL INC. DBA TRUSTEE CORPS
(ERRONEOUSLY NAMED HEREIN AS MTC
FINANCIAL INC., DBA TRUSTEE CORPS)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIGOVALDO GARCIA-PENA,<br><br>Plaintiff,<br><br>vs.<br><br>MTC FINANCIAL INC., DBA TRUSTEE CORPS; DITECH FINANCIAL, LLC; DOE INDIVIDUALS I - X; and DOE ENTITIES XI - XX,<br><br>Defendant. | CASE NO. 3:17-CV-00319-RCJ-WGC<br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST** |

Defendant MTC FINANCIAL INC. DBA TRUSTEE CORPS (*erroneously named herein as MTC FINANCIAL INC., DBA TRUSTEE CORPS*) (hereinafter "Trustee Corps."), moves this Court for an order removing Michael R. Brooks of Kolesar & Leatham and Richard J. Williams of Burke, Williams & Sorensen, LLP from the service list of counsel in this matter.

This Honorable Court granted Defendant Trustee Corps.' Motion to Dismiss on October 10, 2017 (ECF No. 19). Therefore, Defendant Trustee Corps. is no longer a party to this matter.

Defendant Trustee Corps. respectfully requests that Michael R. Brooks and Richard J. Reynolds be removed from the court's service list.

DATED this 7 day of December, 2018.

KOLESAR & LEATHAM

By _____
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

RICHARD J. REYNOLDS, ESQ.
Nevada Bar No. 11864
E-Mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, California 92705-4067

Attorneys for Defendant
MTC FINANCIAL INC. DBA TRUSTEE CORPS (ERRONEOUSLY NAMED HEREIN AS MTC FINANCIAL INC., DBA TRUSTEE CORPS)

**IT IS SO ORDERED.**

**DATED: December 10, 2018.**

_____
**UNITED STATES MAGISTRATE JUDGE**