**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
aabao@wolfewyman.com

**Attorneys for Defendant**
**DITECH FINANCIAL, LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGOVALDO GARCIA-PENA<br><br>    Plaintiff,<br><br>  v.<br><br>MTC FINANCIAL INC., DBA TRUSTEE CORPS.; DITECH FINANCIAL, LLC and DOES 1-10,<br><br>    Defendants. | Case No.: 3:17-cv-00319-RCJ-WGC<br><br>**STIPULATION AND**<br>**ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>Action Filed:  May 10, 2017<br>Trial Date: None set. |

///

///

///

///

///

///

1
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

1  The remaining parties to this action, Rigovaldo Garcia-Pena ("Plaintiff") and Ditech
2  Financial LLC ("Ditech"), by and through their respective legal counsel of record, hereby stipulate
3  pursuant to FRCP Rule 41(a)(1)(A)(ii) to dismiss this action with prejudice.
4  IT IS SO STIPULATED.

6  DATED: December 17, 2018       WOLFE & WYMAN LLP

8  By: */s/ Andrew A. Bao*
      Andrew A Bao, Esq.
      Nevada State Bar No. 10508
      WOLFE & WYMAN LLP
      6757 Spencer Street
      Las Vegas, NV 89119
      Attorneys for Defendant
      **DITECH FINANCIAL, LLC**

13 DATED: December 17, 2018

15 By: */s/ Bradley Paul Elley*
      Bradley Paul Elley, Esq.
      Nevada State Bar No. 658
      120 Country Club Drive, Suite 5
      Incline Village, NV. 89451
      Attorneys for Plaintiff
      **RIGOVALDO GARCIA-PENA**

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice.

IT IS SO ORDERED.

By: _____
UNITED STATES DISTRICT JUDGE
Dated this 18th day of December, 2018.

Submitted by:

WOLFE & WYMAN LLP

By:/s/*Andrew A. Bao*
  Andrew A. Bao, Bar No 10508
  6757 Spencer Street
  Las Vegas, NV 89119
  Attorneys for Defendant
  **DITECH FINANCIAL LLC**

3
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
3232403.1